AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>COREY AARON TURNER | )<br>)<br>)  Case No. 1:13MJ754<br>)<br>)<br>) |
| *Defendant(s)* | |

DEC 12 2013

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/31/12 through 11/20/12__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 875(c) | Interstate transmission of a threat to injure the person of another. |

This criminal complaint is based on these facts:
(See attached affidavit.)

☐ Continued on the attached sheet.

Reviewed by AUSA/AUSA:

Ryan Dickey/Edward Reilly

*Complainant's signature*
Rachel Taylor Wolford, Special Agent, FBI,
Violent Crimes Task Force
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/12/2013__

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: __Alexandria, VA__

Honorable Theresa Carroll Buchanan,
U.S. Magistrate Judge
*Printed name and title*